UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 21-04439 SB (JEMx) | Date: | June 28, 2021 |
|---|---|---|---|

Title: *Jason Bays v. Nestle Waters North America Inc., et al*

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER STRIKING FILING (DKT. NO. 11)

     The Court strikes the NOTICE OF MOTION AND MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff Jason Bays, **Dkt. No. 11**., without prejudice to refiling in accordance with the Court's standing order (provided that the refiling is otherwise timely,) *see* Notice of Deficiencies, **Dkt. No. 13**.